

HOLLAND & HART
BRENT E. JOHNSON (#7558)
REHA DEAL (#8486)
60 East South Temple, Ste. 2000
Salt Lake City, Utah 84111
Telephone: (801) 595-7800

Attorneys for Plaintiff,
POWERQUEST CORPORATION

MALLINCKRODT & MALLINCKRODT
ROBERT R. MALLINCKRODT (#2063)
10 Exchange Place, Ste. 510
Salt Lake City, Utah 84111
Telephone: (801) 328-1624
Telecopier: (801) 328-1627

Attorneys for Defendant,
V COMMUNICATIONS, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH—CENTRAL DIVISION

| | |
|---|---|
| POWERQUEST CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>V COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No. 2:97-CV-0783 B<br><br>[PROPOSED] ORDER<br>DISMISSING WITH PREJUDICE<br>ALL CLAIMS BY AND AGAINST<br>V COMMUNICATIONS, INC. |



Pursuant to the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED THAT all claims asserted by Plaintiff PowerQuest Corporation against V Communications, Inc. in this action, and all counterclaims asserted by V Communications, Inc. against Plaintiff PowerQuest Corporation in this action are hereby DISMISSED WITH PREJUDICE, with each party to bear its own attorney fees and costs.

SO ORDERED.

DATED: May 6, 2004

_____
Dee Benson
United States District Court Judge

APPROVED AS TO FORM AND CONTENT:

DATED: May 5, 2004          HOLLAND & HART

By _____
Brent E. Johnson
Attorneys for Plaintiff
POWERQUEST CORPORATION

DATED: May 5, 2004          MALLINCKRODT & MALLINCKRODT

By _____
Robert R. Mallinckrodt
Attorneys for Defendant
V COMMUNICATIONS, INC.

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was mailed by depositing same in the United States mail, postage prepaid, on this 5th day of May, 2004, addressed to the following:

Thomas R. Vuksinick, Esq.
WORKMAN, NYDEGGER & SEELEY
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111

Gary A. Hecker, Esq.
THE HECKER LAW GROUP
1925 Century Park East, Suite 2300
Los Angeles, CA 90067

Ronald L. Johnston, Esq.
ARNOLD & PORTER
1900 Avenue of the Stars
17th Floor
Los Angeles, CA 90067-4408

Robert R. Mallinckrodt, Esq.
MALLINCKRODT & MALLINCKRODT
10 Exchange Place, Suite 510
Salt Lake City, UT 84111

Douglas A. Chaikin, Esq.
PENINSULA IP GROUP
2290 North First Street, Suite 101
San Jose, CA 95131

Jon Michaelson, Esq.
Robert O. Whyte, Esq.
COUDERT BROTHERS
2 Palo Alto Square
3000 El Camino Real, 4th Floor
Palo Alto, CA 94306

Robert D. Fram, Esq.
HELLER EHRMAN WHITE
 & MCAULIFFE
333 Bush Street
San Francisco, CA 94101-2878

_/s/ [signature]_

```
                                                                  kvs
              United States District Court
                        for the
                   District of Utah
                      May 7, 2004
```

## * * CERTIFICATE OF SERVICE OF CLERK * *

Re:  2:97-cv-00783

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

```
Gregg I. Anderson, Esq.
MERCHANT & GOULD
1050 17TH ST STE 1400
DENVER, CO  80265
EMAIL

Mr. Thomas R. Vuksinick, Esq.
WORKMAN NYDEGGER & SEELEY
1000 EAGLE GATE TOWER
60 E S TEMPLE
SALT LAKE CITY, UT  84111
EMAIL

Gary A. Hecker, Esq.
HECKER LAW GROUP
1925 CENTURY PARK E STE 2300
LOS ANGELES, CA  90067

Ronald L. Johnston, Esq.
ARNOLD & PORTER
1900 AVE OF THE STARS
17TH FL
LOS ANGELES, CA  90067-4408

Robert D. Fram, Esq.
HELLER EHRMAN WHITE & MCAULIFFE
333 BUSH ST STE 3100
SAN FRANCISCO, CA  94104
EMAIL

Andrew Young, Esq.
HELLER EHRMAN WHITE & MCAULIFFE
333 BUSH ST STE 3100
SAN FRANCISCO, CA  94104

S. Elizabeth Mitchell, Esq.
HELLER EHRMAN WHITE & MCAULIFFE
333 BUSH ST STE 3100
SAN FRANCISCO, CA  94104
EMAIL
```

Brian Siritzky, Esq.
HELLER EHRMAN WHITE & MCAULIFFE LLP
1666 K STREET NW
SUITE 300
WASHINGTON, DC  20006-1228
EMAIL

Douglas A. Chaikin, Esq.
PENINSULA IP GROUP
2290 N FIRST ST STE 101
SAN JOSE, CA  95131
EMAIL

Robert R. Mallinckrodt, Esq.
MALLINCKRODT & MALLINCKRODT
10 EXCHANGE PLACE 510
SALT LAKE CITY, UT  84111
JFAX 9,3281627

Jon Michaelson, Esq.
COUDERT BROTHERS LLP
TWO PALO ALTO SQ
3000 EL CAMINO REAL 4TH FL
PALO ALTO, CA  94306-2121
EMAIL

Brent E. Johnson, Esq.
HOLLAND & HART
60 E SOUTH TEMPLE STE 2000
SALT LAKE CITY, UT  84111-1031
EMAIL

Donald A. Degnan, Esq.
HOLLAND & HART
1050 WALNUT ST STE 500
BOULDER, CO  80302